UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 16-00611-R (KK) | Date: | December 19, 2016 |
| Title: | Freddie George Garcia v. Deputy Sheriffs at S.W.D.C. | | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE

| DEB TAYLOR | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers) Order Re: Additional Subpoenas  (Dkts. 38-41)

      The Court is in receipt of Plaintiff's four additional proposed subpoenas ("Subpoenas"). ECF Docket Nos. ("Dkts.") 38-41.  In three of the Subpoenas, Plaintiff requests that the Court order Deputies Kevin Llanos, Bryan Juaret, and Stephen Johnson to produce documents showing the "names, ranks, and positions of all the Deputy Sheriffs who were involved in the cell extraction of Freddie George Garcia and Robert Guzman in B-4-68 on March 27, 2016 at the Southwest Detention Center."  Dkts. 39-41.  In the fourth Subpoena, Plaintiff requests that the Court order the Medical Department at Southwest Detention Center to produce "any and or all records dealing with the injuries Freddie G. Garcia suffered on March 27 2015 due to a cell extraction."  Dkt. 38.  Plaintiff requests "all medical records and names of Sheriffs who wrote the reports for medical attention."  Id.

      The Subpoenas to Deputies Llanos, Juaret and Johnson are duplicative of the subpoenas the Court ordered served on October 26, 2016.  Dkt. 31.  Hence, the Court declines to serve the duplicative Subpoenas.

      Additionally, the Subpoena to the Medical Department is beyond the scope of the discovery the Court permitting in its August 16, 2016 Order.  Dkt. 23.  As previously set forth in the August 16, 2016 Order, discovery at this time is limited to what is necessary to discover the names of the deputies Plaintiff alleges assaulted him on March 27, 2015.  Accordingly, Plaintiff's request for issuance and service of four additional Subpoenas is DENIED.