UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 16-611-R-KK | Date: | June 23, 2017 |
| Title: | *Freddie George Garcia v. Deputy Sheriffs at SWDC* | | |

Present: The Honorable KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE

| DEB TAYLOR | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** Order Re: Order to Show Cause Why Action Should Not Be Dismissed

    The Court is in receipt of Plaintiff's response to the Court's June 13, 2017 Order to Show Cause Why Action Should Not Be Dismissed ("OSC"). ECF Docket No. ("Dkt.") 70. Plaintiff requests an additional 60 day to complete new USM-285 forms for each defendant providing the additional required information and file with the clerk of court a Notice of Submission indicating that the completed USM-285 forms have been provided to the clerk of court. Plaintiff's request is GRANTED.

    Plaintiff is cautioned the Court is **not** vacating the June 13, 2017 OSC. Accordingly, if Plaintiff wishes to proceed with this lawsuit, **no later than September 11, 2017** he must (1) complete new USM-285 forms for each defendant providing the additional required information and file with the clerk of court a Notice of Submission indicating that the completed USM-285 forms have been provided to the clerk of court; or (2) show cause in writing why this action should not be dismissed for failure to serve.

    **The Court warns Plaintiff that the Court will deem his failure to timely file a response to this Order as consent to the dismissal of this action without prejudice.**

    **IT IS SO ORDERED.**