JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE GEORGE GARCIA, | Case No. EDCV 16-00611-R (SHK) |
| Plaintiff, | |
| v. | ORDER DISMISSING UNSERVED DEFENDANTS, WITHOUT PREJUDICE |
| DEPUTY SHERIFFS AT S.W.D.C., ET AL, | |
| Defendants. | |

On April 4, 2016, Plaintiff Freddie George Garcia ("Mr. Garcia") filed a Complaint. On February 24, 2017, Mr. Garcia filed a Second Amended Complaint ("SAC"), which is the operative complaint. Four days later, on February 28, 2017, the previously assigned Magistrate Judge ordered service of the SAC on the following defendants: Martin, Overton, Perez, Popplewell, Pugh, Rodriguez, Sentano, Wimberly, and Yturralez.

On March 15, 2017, Mr. Garcia filed his Notice of Submission of Documents. On June 6, 2017, the United States Marshal Service returned 9 USM-285 forms providing the Court with notice that service on defendants was unsuccessful.

1         On June 13, 2017, the previously assigned Magistrate Judge issued an Order to Show Cause ("OSC") ordering Mr. Garcia to show cause why the Court should not dismiss this action for failure to serve and/or failure to prosecute. Prior to responding to the OSC, Mr. Garcia filed a Motion for Issuance of Subpoena to obtain the badge numbers of the defendants, which the previously assigned Magistrate Judge granted. On June 22, 2017, Mr. Garcia filed his Response to the OSC, seeking an extension of time which to complete new USM-285 forms for each defendant providing the additional required information. On June 23, 2017, the previously assigned Magistrate Judge granted Mr. Garcia's request and extended his time up to and including September 11, 2017, to respond to the OSC.

        On July 10, 2017, Mr. Garcia filed a second Notice of Submission of Documents and the Court issued an Alias Summons. On August 11, 2017, the matter was transferred to this Court's calendar. On August 14, 2017, defendants Martin, Overton, Perez, Popplewell, Pugh, Rodriguez, Sentano, Wimberly, and Yturralez appeared, filing an Answer. Thereafter, on August 25, 2017, the Court issued its Case Management and Scheduling Order. The parties conducted discovery and filed a discovery motion with the Court.

        On January 22, 2018, defendants filed their Status Report. On January 29, 2018, Mr. Garcia filed a "Request to Withdraw Lawsuit" ("Request") rather than filing his Status Report. In his Request, Mr. Garcia states that he is "forgiving and dismissing [this] lawsuit against [the] defendants." In support of his Request for dismissal of this action, Mr. Garcia states that he is "pro se, but does not have counsel to help him move forward [and,] therefore plaintiff moves the Court to withdraw [this] lawsuit."

/ / /
/ / /
/ / /
/ / /

1  The Court has read and considered Mr. Garcia's Request, and Defendant's
2  Notice of Non- Opposition filed on January 30, 2018, the Court hereby GRANTS
3  Mr. Garcia's Request.
4  This action is hereby DISMISSED in its entirety, without prejudice.

Dated: February 8, 2018

_____
HONORABLE MANUEL L. REAL
United States District Judge

Presented by:

_____
Shashi H. Kewalramani
United States Magistrate Judge